Mark Andre Dennis
In Propria Persona
504 Alegre Ave.
Nipomo, California 93444
(805) 792- 3797
markandre@yahoo.com



FILED
CLERK, U.S. DISTRICT COURT
7/29/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ____MRV____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MARK ANDRE DENNIS,<br><br>    DEFENDANT. | 2:25-cr-00635-AB<br><br>NOTICE OF REMOVAL OF<br>CRIMINAL PROSECUTION<br>PURSUANT TO 28 U.S.C. § 1443 |

# COVER SHEET

Please take notice that this is in reference to

**TrackingNumber:** EDS-250728-002-2855

these documents failed to attach

NOTICE OF REMOVAL OF CRIMINAL PROSECUTION

DATED: JULY 25, 2025                              Mark Andre Dennis

                                        By: _____
                                              Mark A. Dennis
                                              In Pro Per

NOTICE OF REMOVAL OF CRIMINAL PROSECUTION

Electronically
FILED:04/15/2025
San Luis Obispo Superior Court
By:Morales, Myranda

DAN DOW
DISTRICT ATTORNEY
STATE BAR # 237986
COUNTY OF SAN LUIS OBISPO
COURTHOUSE ANNEX, 4TH FLOOR
SAN LUIS OBISPO, CA 93408
TELEPHONE: (805) 781-5800

☐ DV Case
☐ BOOKING REQ

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN LUIS OBISPO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | COURT CASE NO. 25M-03404 |
| Plaintiff, | COMPLAINT |
| vs. | |
| **MARK ANDRE DENNIS**<br>DOB: 07/10/1966<br>ID NO. D000314504<br>CII: A22810460 | DA CASE NO. 079-712181 |
| Defendant. | Appearance Date: June 4, 2025 |

The District Attorney of San Luis Obispo County, California, hereby accuses the above named defendant of the following criminal offenses:

Count 1

On or about April 7, 2025, in the County of San Luis Obispo, State of California, the crime of Resist, Obstruct, Delay Of Peace Officer Or EMT in violation of PC148(a)(1), a Misdemeanor, was committed in that MARK ANDRE DENNIS did willfully and unlawfully resist, delay or obstruct Roland Camacho who was then and there a peace officer attempting to or discharging the duty of his/her office and employment.

PAGE - 1 -
COMPLAINT
DA CASE NO. 079-712181

APR 1 5 2025

Count 2

On or about April 7, 2025, in the County of San Luis Obispo, State of California, the crime of Illegal Conduct At Burning Building in violation of PC148.2, a Misdemeanor, was committed in that MARK ANDRE DENNIS did willfully and unlawfully commit the following act(s), in violation of Public Resource Codes 4423 and 4423.5 (burning without a permit and burning during a burning suspension) and at another time and place where firefighters and emergency rescue personnel were discharging and attempting to discharge their official duty.

1 All of which is contrary to the statute in such cases made and provided, and against
2 the peace and dignity of the People of the State of California.

3 I declare that an investigation has been conducted to determine if said Defendant(s)
4 did commit the stated crime, which reports are attached hereto and incorporated herein by
5 reference, and that the facts therein show probable cause that the said Defendant(s) did
6 commit the crime. Your declarant requests the issuance of a Warrant of Arrest either if said
7 Defendant(s) do not appear voluntarily in response to an appearance letter, or if no
8 appearance letter was issued.

9 **Discovery Request:** Pursuant to Penal Code Section 1054.5(b), the People are
10 hereby informally requesting that defense counsel provide discovery to the people as
11 required by Penal Code Section 1054.3.

12 On this day April 14, 2025, in the County of San Luis Obispo, I certify and declare
13 under penalty of perjury that the foregoing is true and correct.

14 Dated: April 14, 2025

DAN DOW
DISTRICT ATTORNEY

By: *Jeffrey Winter*
JEFFREY L WINTER
DEPUTY DISTRICT ATTORNEY

Upon review of the reports attached and incorporated herein by reference, I find sufficient probable cause to warrant the defendant(s) continued detention.

Dated: _____    _____
                                  Judge of the Superior Court

PAGE - 3 -
COMPLAINT
DA CASE NO. 079-712181

| \ | SUMMARY PAGE | | | | |
|---|---|---|---|---|---|
| Count | Charge | Range | Defendant(s) | Special Allegation | Effect |
| 1 | PC148(a)(1) | | Mark Andre Dennis | | |
| 2 | PC148.2 | | Mark Andre Dennis | | |

PAGE - 4 -
COMPLAINT
DA CASE NO. 079-712181

# RE: [EXT]Re: Complaint to DA's Office

- Terry O'Farrell

To: me · Thu, Mar 23, 2023 at 12:12 PM

## Message Body

Mr. Dennis,

Thank you for that information. I understood the same from the message you had left me. I am including a link to the California State Bar Association. I recommend you report your complaint to the Bar Association and Department of Real Estate. If those agencies complete an investigation and forward criminal complaints to our office, a deputy district attorney will review that case at that time.

https://www.calbar.ca.gov/

https://www.dre.ca.gov/

Chief Terry O'Farrell
Bureau of Investigations
San Luis Obispo County District Attorney
(805) 781-4083

mark dennis

To: Terry · Tue, Apr 4, 2023 at 8:27 AM

## Message Body

I spoke with the DRE. Filed a complaint. We also talked about the representing lawyers lies on court documents. The DRE said, that's to be brought up with you...
The attorney representing the case openly lies on court documents and the law says that his acts are felonies. I brought this up to your office and was chastised for not "knowing the law". Your representative said he was to busy and had a full case load as well as other excuses.
Can I make a citizen's arrest on a lawyer in court? How does a citizen get The DA's office to investigate criminal activity by a lawyer?

Thanks,

Mark

Terry O'Farrell

To:  me · Tue, Apr 4, 2023 at 8:52 AM

**Message Body**

Mr. Dennis,

You should know that anytime a person does make a citizens arrest that person will accept all civil liability for that arrest. Additionally, when a citizen arrest is made, that does not mean that the District Attorney's Office will file the criminal case.

I recommend you contact the California State Bar Association if you have a complaint about an attorney.

Chief Terry O'Farrell

Bureau of Investigations

San Luis Obispo County District Attorney

(805) 781-4083

mark dennis

To:  Terry · Tue, Apr 4, 2023 at 10:06 AM

**Message Body**

I have contacted and filed a complaint.
The truth is The Bar doesn't investigate.
California bar bungled attorney misconduct cases, new audit finds



**California bar bungled attorney misconduct cases, new audit finds**

The State Bar of California's attorney regulators too often resolve allegations of lawyer misconduct behind clos...

I have proof in the attorney's own writings of wrongdoings. I just need someone to read it. I promise you it is not a waist of time.

Terry O'Farrell

To:  me · Tue, Apr 4, 2023 at 10:19 AM

**Message Body**

Mr. Dennis,

It is my understanding that you are currently involved in a civil case with the parties you are asking our office to investigate.  If you have concerns about the accuracy of documents in your civil case, you should take those issues up with the judge hearing the civil case.  The California State Bar Association continues to be the appropriate avenue for handling complaints about licensed attorneys in our state.

Chief Terry O'Farrell

Bureau of Investigations

San Luis Obispo County District Attorney

(805) 781-4083

**From:** mark dennis <markandre1@yahoo.com>
**Sent:** Tuesday, April 4, 2023 8:28 AM
**To:** Terry O'Farrell <tofarrell@co.slo.ca.us>
**Subject:** Re: [EXT]Re: Complaint to DA's Office


I spoke with the DRE. Filed a complaint. We also talked about the representing lawyers lies on court documents. The DRE said, that's to be brought up with you...
The attorney representing the case openly lies on court documents and the law says that his acts are felonies. I brought this up to your office and was chastised for not "knowing the law". Your representative said he was to busy and had a full case load as well as other excuses.
Can I make a citizen's arrest on a lawyer in court? How does a citizen get The DA's office to investigate criminal activity by a lawyer?

Thanks,

Mark


On Thursday, March 23, 2023 at 12:12:28 PM PDT, Terry O'Farrell <tofarrell@co.slo.ca.us> wrote:


Mr. Dennis,

Thank you for that information.  I understood the same from the message you had left me.  I am including a link to the California State Bar Association.  I recommend you report your complaint to the Bar Association and Department of Real Estate.  If those agencies complete an investigation and forward criminal complaints to our office, a deputy district attorney will review that case at that time.

https://www.calbar.ca.gov/

https://www.dre.ca.gov/

Chief Terry O'Farrell
Bureau of Investigations
San Luis Obispo County District Attorney
(805) 781-4083

**From:** mark dennis <markandre1@yahoo.com>
**Sent:** Thursday, March 23, 2023 12:05 PM
**To:** Terry O'Farrell <tofarrell@co.slo.ca.us>
**Subject:** [EXT]Re: Complaint to DA's Office

**ATTENTION:** This email originated from outside the County's network. Use caution when opening attachments or links.

Mr. O'Farrell,

The person who sold real estate without a license is also an attorney who committed perjury in court and on declaration, under penalty of perjury

I have proof as he signed the declaration and his attorney admits in an email that he only thought he could obtain proof.

Mark Dennis
805 792 3797

On Thursday, March 23, 2023 at 10:14:16 AM PDT, Terry O'Farrell <tofarrell@co.slo.ca.us> wrote:

Mr. Dennis,

I am writing this email in response to the voicemail you left me.  I apologize for the delayed response.  I have been out of the office.  If you have information about a person selling real estate without a license, you should report that to the California Department of Real Estate (DRE).  I have attached a link to their website.  If DRE investigates your complaint and determines they can prove a crime occurred, they will likely forward a criminal complaint to our office or the attorney general's office.

https://www.dre.ca.gov/

Chief Terry O'Farrell

Bureau of Investigations

San Luis Obispo County District Attorney

(805) 781-4083